In the Matter of the Claim of VIETO GAMBINO, Respondent, against T. HOGAN & SONS, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of EDWARD GAVRILUK, Respondent, against JULIUS ROSENWACH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of HARRY WALKER, Respondent, against HARRY M. STEVENS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the evidence does not sustain the finding that claimant had arrived at the place of his employment at the time of his injury. Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur.

A. B. BARR & COMPANY, INCORPORATED, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, without prejudice to an application by appellant to modify the form of the order of dismissal. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENJAMIN BOYCE, Relator, for a Peremptory Order of Mandamus against Hon. GEORGE L. COOK, County Judge of Sullivan County.— Application for peremptory order of mandamus denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

HARRY KATZ, Respondent, v. CONNECTICUT GENERAL INSURANCE COMPANY, Appellant.— Motion to dismiss appeal denied, without prejudice to application by defendant at Special Term, before Foster, J., for a resettlement of the order appealed from. Appeal from order giving preference on calendar dismissed, with ten dollars costs, on the ground it is not appealable. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of VERONICA LOVE, Appellant, against BALTIMORE AND OHIO RAILROAD COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal granted, without prejudice to the right of the claimant to renew her claim before the State Industrial Board if so advised. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.